**UNITED STATES of America,**
**Plaintiff—Appellee,**

v.

**Edgardo DELGADO–AGUILERA,**
**Defendant—Appellant.**

**No. 04–10177.**

United States Court of Appeals,
Ninth Circuit.

Submitted July 11, 2005.\*

Decided July 15, 2005.

Philip A. Ferrari, Esq., USSAC—Office of the U.S. Attorney, Sacramento, CA, for Plaintiff—Appellee.

Before: SCHROEDER, Chief Judge, RAWLINSON and BYBEE, Circuit Judges.

MEMORANDUM \*\*

Edgardo Delgado–Aguilera appeals his guilty-plea conviction and 46–month sentence for being a deported alien found in

the United States, in violation of 8 U.S.C. § 1326(a).

Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), counsel for Delgado–Aguilera has filed a brief stating there are no grounds for relief, and a motion to withdraw as counsel of record. No pro se supplemental brief has been filed. Our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 83–84, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no grounds for relief.

Accordingly, we **GRANT** counsel's motion to withdraw and **AFFIRM** the district court's judgment.

---

\* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

\*\* This disposition is not appropriate for publication and may not be cited to or by the

courts of this circuit except as provided by Ninth Circuit Rule 36–3.

